UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____

Andrew Venditti,

                Plaintiff,            Civil Action No.: 10-cv-01861

    v.

Wilton, Weinberg & Reis Co., LPA ; and
DOES 1-10, inclusive,

                Defendant.
_____

## STIPULATION OF DISMISSAL

      WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

      WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

      WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby discontinued against Defendants Weltman, Weinberg & Reis Co., LPA with prejudice and without costs to any party.

| | |
|---|---|
| **Andrew Venditti** | **Weltman, Weinberg, Reis Co., LPA** |
| **  /s/ Sergei Lemberg** | **  /s/ Doreen Merita Abdullovski** |
| **Sergei Lemberg, Esq. (Juris No. 425027)** | **Doreen Merita Abdullovski** |
| **LEMBERG & ASSOCIATES** | **WELTMAN, WEINBERG & REIS CO., L.P.A.** |
| **1100 Summer Street, 3rd Floor** | **323 West Lakeside Avenue, Suite 200** |
| **Stamford, CT  06905** | **Cleveland, OH 44113** |
| **(203) 653-2250** | **216-739-5646** |
| **Attorney for Plaintiff** | **Attorney for Defendant** |

_____
**SO ORDERED**

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2011, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the District of Connecticut Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By /s/ Sergei Lemberg
Sergei Lemberg